1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-00180-KJM |
|---|---|
| Plaintiff, | ) **NOTICE OF RELATED CASES** |
| v. | ) [Local Rules 123(a)(4), 123(c)] |
| BENJAMIN LEON ANDRADE, | ) |
| Defendant. | ) |

| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-00181-TLN |
|---|---|
| Plaintiff, | ) **NOTICE OF RELATED CASES** |
| v. | ) [Local Rules 123(a)(4), 123(c)] |
| CLINTON ALLEN CAVANAGH, and AGUSTIN GUARNEROS LICONA, | ) |
| Defendants. | ) |

Notice of Related Cases

# NOTICE OF RELATED CASES

The United States of America, by and through Assistant United States Attorney Justin L. Lee, notices the Court and the Clerk of the Court that the recently-filed Indictment in <u>United States v. Andrade,</u> Case No. 2:17-CR-00180-KJM ("Andrade Indictment"), is related to the simultaneously filed Indictment in <u>United States v. Cavanagh et al.</u>, Case No. 2:17-CR-00181-TLN ("Cavanagh Indictment"). As a result, the case assigned to the Honorable Troy L. Nunley in <u>United States v. Cavanagh et al.</u>, Case No. 2:17-CR-00181-TLN, should be reassigned to the Honorable Kimberly J. Mueller based upon the authority set forth below. Indeed, assignment of both cases to a single judge is likely to effectuate a savings of judicial effort.

The Andrade Indictment and Cavanagh Indictment are related within the meaning of Eastern District of California Local Rule 123(a)(1). Specifically, both cases are related to a similar methamphetamine trafficking conspiracy. The Andrade Indictment charges one defendant with three counts, two counts of distribution of methamphetamine (21 U.S.C. § 841(a)(1)) and one count of distribution of heroin (21 U.S.C. § 841(a)(1)). The Cavanagh Indictment charges two defendants with four counts, conspiracy to distribute methamphetamine (21 U.S.C. §§ 846 and 841(a)(1)), two counts of distribution of methamphetamine (21 U.S.C. § 841(a)(1)) and one count of possession with intent to distribute methamphetamine (21 U.S.C. § 841(a)(1)). As discussed in the September 25, 2017 Criminal Complaint for Andrade (2:17-MJ-0168-CKD) and the September 25, 2017 Criminal Complaint for Cavanagh (2:17-MJ-0169-CKD) both defendants are alleged to be involved in similar methamphetamine trafficking activities. Indeed, both Andrade and Cavanagh sold methamphetamine to the same confidential source working for law enforcement and sold methamphetamine at the same public parking lot in Yuba City.

///
///
///
///

Notice of Related Cases

1  The United States therefore respectfully requests that this Honorable Court (1)
2  relate the recently-filed Andrade Indictment and Cavanagh Indictment; and (2) order the
3  Clerk's Office to reassign United States v. Cavanagh, Case No. 2:17-CR-00181-TLN, to the
4  Honorable Kimberly J. Mueller, pursuant to Local Rule 123(c).

DATED: October 13, 2017          PHILLIP A. TALBERT
                                 United States Attorney

                                 By: /s/ Justin L. Lee
                                 JUSTIN L. LEE
                                 Assistant U.S. Attorney

Notice of Related Cases

# O R D E R

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned <u>United States v. Cavanagh et al.</u>, Case No. 2:17-CR-00181-TLN, is related to the case of <u>United States v. Andrade</u>, Case No. 2:17-CR-00180-KJM, within the meaning of Local Rule 123(a)(1) and assignment of these actions to a single district judge is likely to effect a savings of judicial effort.

Based upon this finding and pursuant to Local Rule 123(c), IT IS HEREBY ORDERED:

1. The Clerk of the Court shall REASSIGN the case of <u>United States v. Cavanagh et al.</u>, Case No. 2:17-CR-00181-TLN, to the Honorable Kimberly J. Mueller and that case shall be designated "Case No. 2:17-CR-00181-KJM"; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: October 19, 2017.

_____
UNITED STATES DISTRICT JUDGE

Notice of Related Cases