UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:17-cr-00180-KJM |
| Plaintiff, | ORDER |
| v. | |
| Benjamin Leon Andrade, | |
| Defendant. | |

Defendant Benjamin Andrade filed a motion to appoint counsel on August 31, 2020. ECF No. 48. That motion referred to Mr. Andrade's health conditions, the First Step Act, compassionate relief and the COVID-19 pandemic, which suggested that Mr. Andrade intended to file a motion under 18 U.S.C. § 3582(c)(1)(A). The court referred the matter to the Office of the Federal Defender on September 4, 2020. ECF No. 49. Counsel appeared for Mr. Andrade on September 18, 2020. ECF No. 50. To date, no further documents have been filed in this action. Counsel is thus directed to file a status report **within fourteen days** explaining whether Mr. Andrade intends to file a motion under § 3582.

IT IS SO ORDERED.

DATED: September 30, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1