PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00180-KJM |
| Plaintiff, | STIPULATION AND ORDER TO SET BRIEFING SCHEDULE |
| v. | DATE: |
| BENJAMIN ANDRADE, | TIME: |
| Defendant. | COURT: Hon. Kimberly J. Mueller |

### STIPULATION TO SET BRIEFING SCHEDULE

On October 19, 2021, the defendant filed a Motion to Reduce Sentence Under the 18 U.S.C. § 3582(c)(1)(A)(i). ECF 53. By this stipulation, the parties jointly request that the Court set the following briefing schedule:

1. The United States's response shall be filed by November 3.

2. The defendant's reply shall be filed by November 8.

IT IS SO STIPULATED.

///

///

///

///

///

STIPULATED REQUEST FOR BRIEFING SCHEDULE     1

Dated:  October 19, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated:  October 19, 2021

/s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Counsel for Defendant
Benjamin Andrade

## ORDER

Based on the request of the parties, the Court adopts the following briefing schedule.  The United States shall file its response to the defendant's motion by November 3, 2021.  The defendant shall file any reply by November 8, 2021.

IT IS SO ORDERED this 20th day of October, 2021.

DATED:  October 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE